# In the United States Court of Federal Claims

No. 19-506C
Filed: January 8, 2021
NOT FOR PUBLICATION

**BANNUM, INC.,**

      *Plaintiff*,

v.

**UNITED STATES,**

      *Defendant*.

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the defendant's motion for summary judgment (ECF 23) is **GRANTED**. The Clerk of Court is directed to enter final judgment in favor of the defendant. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**